UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                                                    )
IN RE YASMIN AND YAZ (DROSPIRENONE))     3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND    )
PRODUCTS LIABILITY LITIGATION          )         MDL No. 2100
_____ )
                                                                    )         ORDER
                                                                              VACATING DISMISSAL

**This Document Relates to:**

*Kristy Weilbrenner v. Bayer Corp., et al.*          No. 3:11-cv-12654-DRH-PMF

*Kristen Vaughn, a minor by her mother and*      No. 3:10-cv-11812-DRH-PMF
*natural guardian, Jacqueline Vaughn v.*
*Bayer Corp., et al.*

*Laura M. Brown and Matthew Brown v.*            No. 3:11-cv-10805-DRH-PMF.
*Bayer Corp., et al.*

*Sabrina Lane, et al. v. Bayer Corp., et al.*           No. 3:11-cv-20002-DRH-PMF[1]

*Keri Griesbach, et al. v. Bayer Corp., et al*          No. 3:11-cv-20003-DRH-PMF[2]

*Diana DeLuna, et al. v. Bayer Corp., et al.*          No. 3:11-cv-20001-DRH-PMF[3]

---

[1] This Order applies to Plaintiffs April Barnes-Mosley, Brandy Barron, Christine Barzee, Donna, Beasley, Alyson Brown, Kelly Bryant, Guadalupe Cerda, Paige Christophel, Katherine Clough, Marie Cooper, Toni Corley, Ashley Corona, Latosha Davis, Julia Donahue, Ashley Dooley, Wendy Edwards, Angela Vargas, Tonya Watton, Lindsey Wheeler, and Denise White.

[2] Plaintiffs Susan Lyons, Tracy Maden, Lori Miller, Arlene Monroe, Ellen Petrina, Romona Pullins, Samantha Quiles, Amye Quinn, Stacie Stelly, Kina Williams, and Ginna Wolfe.

[3] This Order applies to Plaintiffs Melissa Franic, Courtney Fultz, Donna Gabbard, Tami Harvell, Savanna Raether, Lutwan Rayford, Jocelyn Reynolds, and Krissy Swyers.

## ORDER VACATING DISMISSAL

**HERNDON, Chief Judge:**

The plaintiffs in the above captioned actions have filed motions to vacate the Court's order of dismissal without prejudice for failure to comply with Plaintiff Fact Sheet Requirements Each plaintiff states that she is now in compliance with her PFS obligations. *Id*. As to each of the above referenced plaintiffs, Bayer has filed a notice of non-opposition. Accordingly, the Court hereby **vacates** the orders dismissing without prejudice plaintiffs' actions and thereby **reinstates** the above referenced plaintiffs' actions. In accord with this order the Court directs the Clerk of the Court as follows:

- *Kristy Weilbrenner v. Bayer Corp., et al.* No. 3:11-cv-12654-DRH-PMF
    - Member action shall be reinstated

- *Kristen Vaughn, a minor by her mother and natural guardian, Jacqueline Vaughn v. Bayer Corp., et al.* No. 3:10-cv-11812-DRH-PMF
    - Member action shall be reinstated

- *Laura M. Brown and Matthew Brown v. Bayer Corp., et al.* No. 3:11-cv-10805-DRH-PMF
    - Member action shall be reinstated

- *Sabrina Lane, et al. v. Bayer Corp., et al.* No. 3:11-cv-20002-DRH-PMF
    - The claims of the following plaintiffs shall be reinstated: April Barnes-Mosley, Brandy Barron, Christine Barzee, Donna, Beasley, Alyson Brown, Kelly Bryant, Guadalupe Cerda, Paige Christophel, Katherine Clough, Marie Cooper, Toni Corley, Ashley Corona, Latosha Davis, Julia Donahue, Ashley Dooley, Wendy Edwards, Angela Vargas, Tonya Watton, Lindsey Wheeler, and Denise White.

- *Keri Griesbach, et al. v. Bayer Corp., et al.* No. 3:11-cv-20003-DRH-PMF
    - The claims of the following plaintiffs shall be reinstated: Plaintiffs Susan Lyons, Tracy Maden, Lori Miller, Arlene Monroe, Ellen Petrina, Romona Pullins, Samantha Quiles, Amye Quinn, Stacie Stelly, Kina Williams, and Ginna Wolfe.

- *Diana DeLuna, et al. v. Bayer Corp., et al.* No. 3:11-cv-20001-DRH-PMF
    - The claims of the following plaintiffs shall be reinstated: Melissa Franic, Courtney Fultz, Donna Gabbard, Tami Harvell, Savanna Raether, Lutwan Rayford, Jocelyn Reynolds, and Krissy Swyers.

**SO ORDERED:**

Digitally signed by David R. Herndon
Date: 2012.06.19 15:04:39 -05'00'

**Chief Judge**
**United States District Court**                                   Date: June 19, 2012